**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

In re  Case No.: 16–47159 – A705
**Debtor(s):**  **Chapter: 7**
Theresa Marie Barnes
– See below for reported alias information
xxx–xx–4076

– See below for reported alias information

### Order and Notice Denying Application to Pay Filing Fee in Installments

**On 10/3/16, Debtor(s) filed an Application to Pay Filing Fee in Installments. The Court record shows:**

Filing fees were paid untimely in a previous bankruptcy filing by this/these debtor(s).

**It is Ordered,** the Application to Pay Filing Fee in Installments is denied.

**It is Further Ordered,** Debtor(s) must pay the full filing fee due for this case within 7 days of the date of this order. If the full filing fee is not paid within 7 days from the date of this Order, **the petition may be dismissed without further notice and a bar to refiling may be ordered.**

 U.S.Bankruptcy Judge

Dated: 10/4/16
St. Louis, Missouri
**Rev. 08/14 odapp**

**Reported Alias Information:**
Theresa Marie Barnes – Photography by Theresa Barnes

–

Copies Mailed To: Debtor(s), Debtor(s)' Attorney, Trustee, Trustee's Attorney, and Office of U.S. Trustee