UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-47159-705 |
| | ) | |
| Theresa Marie Barnes | ) | Chapter 13 |
| xxx-xx-4076 | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER**

At St. Louis, in this District, this 4th day of October, 2016.

**IT IS HEREBY ORDERED** that the Order Denying Application to Pay Filing Fees in Installments dated October 4, 2016, is vacated and hereby set aside due to administrative error.

DATED: October 4, 2016  
St. Louis, Missouri 63102  
ska

CHARLES E. RENDLEN, III  
United States Bankruptcy Judge